IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DENNIS ABBOTT, JOSEPH STAKEY, and DANIEL WELCH, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. CV-03-472-S-BLW (Lead Case) |
| vs. | ) ) | ORDER |
| DR. CHAD SOMBKE, TOM BEAUCLAIR, DR. JOHN NOAK, DR. THOMAS KRUZICH, DR. KENNETH KHATAIN, LARRY HYNES, RODNEY ROE, and PRISON HEALTH SERVICES, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| BEN C. HARVEY, | ) ) | |
| Plaintiff, | ) ) | Case No. CV-05-91-S-BLW |
| vs. | ) ) | ORDER |
| I.M.S.I. Mental Health Psychologist CHAD SOMBKE, and Psychiatrist KENNETH KHATTAIN, | ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court are the parties' Stipulations for Dismissal with Prejudice (Docket Nos. 145, 171, and 162). It appears that good cause exists to

**ORDER  1**

order a dismissal with prejudice, and therefore, the Court will enter a judgment in the consolidated cases. Plaintiffs' counsel filed a motion requesting attorney fees as a sanction arising out of Defendants' alleged delay in providing the settlement funds in this case, and the Court will issue a post-judgment ruling on Plaintiffs' Motion for Attorney Fees and costs.

DATED: **August 31, 2007**



Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER 2**